Order issued October 29, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-10-01614-CV

---

**W. DAVID HOLLIDAY, Appellant**

**V.**

**GREG WEAVER AND WENDY WEAVER, Appellees**

## ORDER

Appellees have filed an agreed motion to reschedule submission and oral argument, currently set for November 14, 2012, at 11:00 a.m. We **GRANT** the unopposed motion to reset submission and oral argument. The case will be reset in due course of the Court's docket.

_____
LANA MYERS
PRESIDING JUSTICE